[No. 15647–1–I.   Division One.   January 12, 1987.]

VIRGIL E. JAHNKE, *Respondent,* v. SAM TIEMERSMA,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84–2–00068–2, Marshall Forrest, J., entered September 21, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse and Webster, JJ.

[No. 16585–2–I.   Division One.   January 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MALEBE
EUSEBIO GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–1–00861–4, John E. Rutter, Jr., J., entered May 31, 1985. *Reversed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 16763–4–I.   Division One.   January 12, 1987.]

*In the Matter of the Marriage of* TERESA M. WICKSTEAD,
*Appellant, and* MICHAEL WICKSTEAD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–3–06620–0, Jim Bates, J., entered June 6, 1985. *Affirmed* by unpublished per curiam opinion.

[No. 7445–5–III.   Division Three.   January 13, 1987.]

THE ESTATE OF JOHN HENRY BREIT, ET AL, *Appellants,*
v. THE DEPARTMENT OF REVENUE, *Respondent.*

Appeal from a judgment of the Superior Court for Adams County, No. 4865, Gordon Swyter, J., entered October 8, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by McInturff, C.J., and Munson, J.